Case 05-27756   Doc 37   Filed 04/23/08   Entered 04/23/08 18:20:58   Desc Main
             Document      Page 1 of 2

```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 27756
     JOLANTA M WALTOS
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

          Debtor
     SSN XXX-XX-1705


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/13/2005 and was confirmed 08/24/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 01/09/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID            PAID
--------------------------------------------------------------------------------
AMERICAN HONDA FINANCE C   SECURED             6797.38      318.58         6797.38
BEST BUY                   SECURED NOT I   NOT FILED           .00             .00
ECAST SETTLEMENT CORP      UNSECURED           1802.93         .00           21.98
WELLS FARGO FINANCIAL RE   SECURED NOT I   NOT FILED           .00             .00
WELLS FARGO FINANCIAL NA   UNSECURED           1401.62         .00           17.09
BANK OF AMERICA NA         UNSECURED       NOT FILED           .00             .00
CAPITAL ONE                UNSECURED            551.57         .00             .00
MRS ASSOCIATES             NOTICE ONLY     NOT FILED           .00             .00
ECAST SETTLEMENT CORP      UNSECURED           2074.69         .00           25.29
RESURGENT ACQUISITION LL   UNSECURED          11952.09         .00          145.71
UNITED COLLECTIONS         NOTICE ONLY     NOT FILED           .00             .00
COLUMBIA HOUSE             UNSECURED       NOT FILED           .00             .00
DISCOVER FINANCIAL SERVI   UNSECURED           5541.87         .00           67.56
B-LINE LLC                 UNSECURED           1018.08         .00             .00
AMERICAN RECOVERY SYSTEM   NOTICE ONLY     NOT FILED           .00             .00
PREMIER BANCARD CHARTER    UNSECURED            444.83         .00             .00
ECAST SETTLEMENT CORP      UNSECURED           2141.95         .00           26.11
NATIONAL CREDIT ACCEPTAN   UNSECURED       NOT FILED           .00             .00
CHARLES SANDERS            NOTICE ONLY     NOT FILED           .00             .00
NICOR GAS                  UNSECURED            514.71         .00             .00
POL TEL LLC                UNSECURED       NOT FILED           .00             .00
SCHOLASTIC                 UNSECURED       NOT FILED           .00             .00
EASTERN CREDIT             NOTICE ONLY     NOT FILED           .00             .00
T-MOBILE BANKRUPTCY        UNSECURED             70.83         .00             .00
CHRISTINE R PIESIECKI      DEBTOR ATTY       1,160.00                      1,160.00
TOM VAUGHN                 TRUSTEE                                           486.43
DEBTOR REFUND              REFUND                                            133.87

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
```

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 27756 JOLANTA M WALTOS

```
TRUSTEE                                      9,200.00

PRIORITY                                                              .00
SECURED                                                          6,797.38
    INTEREST                                                       318.58
UNSECURED                                                          303.74
ADMINISTRATIVE                                                   1,160.00
TRUSTEE COMPENSATION                                               486.43
DEBTOR REFUND                                                      133.87
                                           ---------------    ---------------
TOTALS                                       9,200.00            9,200.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
    Dated: 04/23/08             _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 05 B 27756 JOLANTA M WALTOS